IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | CV 20-160-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER OF RECUSAL |
| KEVIN R. FROST, SHERRI FROST, FROST RANCHING CORP., and FROST FAMILY LIMITED PARTNERSHIP, | |
| Defendants. | |

I hereby recuse myself from this matter on the ground that one of the named

Defendants is a former client of mine. Accordingly, I ask that this case be

reassigned.

DATED this 4th day of November, 2020.

Kathleen L. DeSoto
United States Magistrate Judge