UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM, BUREAU MUTUAL INSURANCE COMPANY,<br><br>          Plaintiff,<br><br> vs.<br><br>KEVIN R. FROST ET AL,<br><br>          Defendants. | Case No. CV-20-160-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Mountain West Farm Bureau Mutual Insurance Company.

    Dated this 15th day of April, 2022.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Annie Puhrmann
                                        Annie Puhrmann, Deputy Clerk